Paul S. White (SBN 146989)
    Email: Paul.White@wilsonelser.com
Shannon L. Santos (SBN 260112)
    Email: Shannon.Santos@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**
555 South Flower Street, Suite 2900
Los Angeles, CA 90071-2407
Telephone: (213) 443-5100
Facsimile: (213) 443-5101

*Attorneys for Plaintiff Great American Insurance Company*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SIMPSON MANUFACTURING COMPANY, INC.; SIMPSON STRONG-TIE COMPANY INC.; KAREN COLONIAS,<br><br>Defendants. | Case No. 3:22-cv-06152-LB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff Great American Insurance Company ("Plaintiff") submits this Notice of Voluntary Dismissal with Prejudice as set forth below:

1.  On October 18, 2022, Plaintiff filed its Complaint for Declaratory Relief [Doc. 1] in this action, naming Simpson Manufacturing Company, Inc., Simpson Strong-Tie Company, Inc., and Karen Colonias (collectively "Defendants") as defendants.

2.  Plaintiff has negotiated a settlement with Defendants. Pursuant to the terms of the settlement, Plaintiff has agreed to dismiss this action with prejudice with each party to bear its own fees and costs.

/ / /

3. None of the Defendants has filed or served an answer or any other pleading in this action.

4. Plaintiff hereby dismisses this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: November 16, 2022         WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: /s/ Shannon L. Santos
　　　Paul S. White
　　　Shannon L. Santos
　　　*Attorneys for Plaintiff Great American Insurance Company*